# United States Bankruptcy Court

## Northern District Of Texas

In re  Allen Capital Partners, LLC,
                    Debtor

Case No. 3:10-bk-30562-11

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST
## UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bank of America 5 Park Plaza, Suite 500 Irvine, CA 92614-8525 | Bank of America 5 Park Plaza, Suite 500 Irvine, CA 92614-8525 Harvey Cohen (949) 794-7131 | Loan Guaranties | Contingent Unliquidated | 49,018,111.36 |
| TierOne Bank 1235 "N" Street Lincoln, NE 68508 | TierOne Bank 1235 "N" Street Lincoln, NE 68508 Lois Semerad | Loan Guaranty DLH  Master Land Holding, LLC | Contingent Unliquidated | 47,483,353.16 |
| BBVA Compass 8333 Douglas Avenue Dallas, TX 75225 | BBVA Compass 8333 Douglas Avenue Dallas, TX 75225 Atila Ali (214) 360-1913 | Loan Guaranties | Contingent Unliquidated | 26,314,133.18 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Regions Bank Commercial Real Estate Two Union Square Suite 300 Chattanooga, TN 37402 | Regions Bank Kaye Holland Two Union Square Suite 300 Chattanooga, TN 37402 (423) 752-1543 | Bank Loan | | 3,998,647.03 |
| Valley Business Bank 200 S. Court Street PO Box 751 Visalia, CA 93279 | Valley Business Bank 200 S. Court Street PO Box 751 Visalia, CA 93279 | Bank Loan | | 3,798,440.33 |
| Southwest Securities PO Box 1959 Arlington, TX 76004-1959 | Southwest Securities PO Box 1959 Arlington, TX 76004-1959 (817) 861-3633 | Loan Guaranty DLH Hutchins Wintergreen 15, LLC | Contingent Unliquidated | 2,293,111.03 |
| Myron Goff c/o Cloverleaf Park, Inc. 407 S. I-45 Hutchins, TX 75141 | Myron Goff c/o Cloverleaf Park, Inc. 407 S. I-45 Hutchins, TX 75141 | Trade Debt | | 1,061,945.21 |
| FKM Associates, LLC 5400 Rosedale Highway Bakersfield, CA 93308 | FKM Associates, LLC 5400 Rosedale Highway Bakersfield, CA 93308 | Trade Debt | | 1,030,665.21 |
| ADSC Diamante, LLC c/o The Allen Group 6005 Hidden Valley Rd., Suite 150 Carlsbad, CA 92009 | ADSC Diamante, LLC c/o The Allen Group 6005 Hidden Valley Rd., Suite 150 Carlsbad, CA 92009 | Trade Debt | | 691,529.53 |
| Ronald Weisenberger 535 Meadow View Lane Coppell, TX 75019 | Ronald Weisenberger 535 Meadow View Lane Coppell, TX 75019 | Trade Debt | | 114,020.17 |
| McGladrey & Pullen Certified Public Accountants 300 South Fourth S, Suite 600 Las Vegas, NV 89101-6017 | Paula Bowser McGladrey & Pullen Certified Public Accountants 300 S. Fourth St., Suite 600 Las Vegas, NV 89101-6017 (602) 760-2830 | Trade Debt | | 59,745.00 |
| Daniells, Phillips, Vaughn & Bock 300 New Stine Road Bakersfield, CA 93309 | Daniells, Phillips, Vaughn & Bock 300 New Stine Road Bakersfield, CA 93309 (661) 834-7411 | Trade Debt | | 38,300.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CoStar Group, Inc. 2 Bethesda Metro Center Bethesda, MD 20814 | CoStar Group, Inc. 2 Bethesda Metro Center Bethesda, MD 20814 (301) 215-8300 | Trade Debt | | 25,859.60 |
| Allen, Matkins, Leck, Gamble 501 West Broadway, 15th Floor San Diego, CA 92101 | Allen, Matkins, Leck, Gamble 501 West Broadway, 15th Floor San Diego, CA 92101 (619) 233-1155 | Trade Debt | | 19,095.23 |
| Allison Brown Holdings, Inc. dba Allison & Partners 505 Sansome Street 7th floor San Francisco, CA 94111-3323 | Allison Brown Holdings, Inc. dba Allison & Partners 505 Sansome Street 7th floor San Francisco, CA 94111-3323 (415) 277-4936 | Trade Debt | | 11,860.75 |
| Wilson Sonsinie Goodrich & Rosati 650 Page Mill Road Palo Alto, CA 94304-1050 | Wilson Sonsinie Goodrich & Rosati Accoounts Receivable Department 650 Page Mill Road Palo Alto, CA 94304-1050 (650) 845-5995 | Trade Debt | | 8,355.50 |
| Heidrick & Struggles Sear Tower - Suite 4200 233 Soth Wacker Drive Chicago, IL 60606-6303 | Heidrick & Struggles Sear Tower - Suite 4200 233 Soth Wacker Drive Chicago, IL 60606-6303 (312) 496-1200 | Trade Debt | | 5,728.24 |
| Retirement Plan Consultants 1080 West Shaw Avenue Suite 101 Fresno, Ca 93711-3701 | Retirement Plan Consultants 1080 West Shaw Avenue Suite 101 Fresno, Ca 93711-3701 | Trade Debt | | 5,391.00 |
| Capital Consulting, LLC 29252 Elba Drive Laguna Niguel, CA 92677 | Capital Consulting, LLC 29252 Elba Drive Laguna Niguel, CA 92677 (949) 429-2320 | Trade Debt | | 4,800.00 |
| AFCO 4501 College Blvd., Ste 320 Leawood, KS 66211-2328 | AFCO 4501 College Blvd., Ste 320 Leawood, KS 66211-2328 (800) 288-6901 | Trade Debt | | 3,162.15 |

Date: 1/25/10

_____
Debtor

*[Declaration as in Form 2]*